UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:21cr18-MCR

**DAVID FOREMAN**
_____/

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, DAVID FOREMAN, to Counts One, Two, and Three of the indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 28th day of June 2021.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**